AO 93 (Rev. 12/09) Search and Seizure Warrant

FILED ENTERED
LODGED RECEIVED
APR 13 2015
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **MJ 15-140**
)
Seven (7) Digital Devices currently stored at the FBI )
Seattle Seized Property Room, located in Seattle, WA, )
more fully described in Attachment A, attached hereto. )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location):*
Seven (7) Digital Devices currently stored at the FBI Seattle Seized Property Room, located in Seattle, WA, more fully described in Attachment A, attached hereto.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Please see 'Attachment B', attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before **April 16, 2015**
(not to exceed 14 days)

☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _Any United States Magistrate Judge_ .
                                                                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **April 2, 2015  3:00 pm**         _____[signature]_____
                                                                                    *Judge's signature*

City and state:   Seattle, Washington                     MARY ALICE THEILER, U.S. Magistrate Judge
                                                                                    *Printed name and title*

USAO# 2015R00355

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ15-140 | 4/2/2015  3:30pm | US Probation Officer Calvin Bouma |

Inventory made in the presence of:
US Probation Officer Calvin Bouma

Inventory of the property taken and name of any person(s) seized:

Element Electronic TV, Model ELEFW195
Playstation 3, S/N CB318642 77-CECH-2001B
Lexar 32GB thumb drive
Samsung cell phone S/N RZ1FA36AKQH
SanDisk 16GB thumb drive S/N SDCZ59-016G
Kindle, Model No. D00901, FCC ID XFN-0610 w/ papers in cover
Western Digital 160GB hard drive, S/N WCAV30522726

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/10/2015

_____
Executing officer's signature

Ingrid Arbuthnot-Stohl, Special Agent
Printed name and title

## ATTACHMENT A
### ITEMS TO BE SEARCHED

The following seven (7) SUBJECT DEVICES:

- **Element Electronic TV, Model ELEFW195**
- **Playstation 3; S/NCG318664277-CECH-2001B**
- **Lexar 32GB thumb drive**
- **Samsung cell phone S/N R21FA36AKQH**
- **SanDisk 16GB thumb drive S/N SDCZ59-016G**
- **Kindle, Model No. D00901, FCCID X7N-0610 with papers in cover**
- **Western Digital 160 GB hard drive, S/N WCAV3D522726**

which are currently stored in the FBI/Seattle Seized Property Room, located in Seattle, Washington.

ATTACHMENT A
USAO# 2015R00355

## ATTACHMENT B

## ITEMS TO BE SEIZED

The following records, documents. files, or materials, in whatever form, including handmade or mechanical form (such as printed, written, handwritten, or typed), photocopies or other photographic form, and electrical, electronic, and magnetic form (such as CDs, DVDs, smart cards, thumb drives, camera memory cards, electronic notebooks, or any other storage medium), that constitute evidence, instrumentalities, or fruits of violations of 18 U.S.C. §§ 2252(a)(2) (Receipt or Distribution of Child Pornography), and 2252(a)(4)(B) (Possession of Child Pornography), which may be found at the SUBJECT DEVICES:

1. Any visual depiction of minor(s) engaged in sexually explicit conduct, in any format or media.

2. Letters, e-mail, text messages, and other correspondence identifying persons transmitting child pornography, or evidencing the transmission of child pornography, through interstate or foreign commerce, including by mail or by computer;

3. All invoices, purchase agreements, catalogs, canceled checks, money order receipts, credit card statements or other documents pertaining to the transportation or purchasing of images of minors engaged in sexually explicit conduct;

4. Any and all address books, names, lists of names, telephone numbers, and addresses of individuals engaged in the transfer, exchange, or sale of child pornography;

5. Any and all address books, names, lists of names, telephone numbers, and addresses of minors;

6. Any and all diaries, notebooks, notes, non-pornographic pictures of children, and any other records reflecting personal contact or other activities with minors;

7. Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices, or data to be searched;

8. Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices or data; and

9. Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data;

10. Evidence of who used, owned or controlled any seized digital device(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, saved user names and passwords, documents, and browsing history;

ATTACHMENT B
USAO# 2015R00355

11. Evidence of malware that would allow others to control any seized digital device(s) such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malware; as well as evidence of the lack of such malware;

12. Evidence of the attachment to the digital device(s) of other storage devices or similar containers for electronic evidence;

13. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from a digital device;

14. Evidence of times the digital device(s) was used;

15. Any other ESI from the digital device(s) necessary to understand how the digital device was used, the purpose of its use, who used it, and when.

ATTACHMENT B
USAO# 2015R00355